Jan. 26, 2025 —                    01-14-00466-CR

To: CHRISTOPHER A PRINE - Clerk, Texas Court Of Appeals - First District
From: Ted L Robertson #1175868 #1175868-2664 F.M. 2054 - Tennessee Colony, Tx. 75886
Re: WRITTEN VERIFICATION FOR RECEIPT OF MANDAMUS PETITION

MR. PRINE, THIS IS A "REQUEST FOR WRITTEN VERIFICATION OF RECEIPT
OF MY MANDAMUS PETITION", IN CAUSE# 940376, MAILED TO YOU ON
JAN. 05, 2015.

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 2 2015

CHRISTOPHER A. PRINE
CLERK

A PROMPT RESPONSE WILL BE GREATLY APPRECIATED!

Ted L Robertson
#1175868 Michael Unit
2664 F M 2054
Tennessee Colony, Tx. 75886



NORTH TEXAS TX P&DC
DALLAS TX 753
26 JAN 2015 PM 9 L

LEO L ROBINSON
#1175868-MICHAEL UNIT
2664 F.M. 2054
TENNESSEE COLONY, TX 75886

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
FEB - 2 2015
CHRISTOPHER A. PRINE
CLERK _____

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
FEB - 2 2015
CHRISTOPHER A. PRINE
CLERK _____

Texas First Court Of Appeals -
C/o Clerk - Christopher A Prine
301 Fannin St.
Houston, Tx. 77002-2066

7700-2205699